UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LILY COMPANY,

        Plaintiff,

    v.

KALEEDAH JORDAN,

        Defendant.

No.  2:14-cv-1244 JAM AC

ORDER

        Defendant, proceeding pro se, removed the above-entitled action on May 21, 2014.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On June 9, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed June 9, 2014 (ECF No. 4), are adopted in full; and

        2. This action is remanded to the Sacramento County Superior Court.

DATED: August 11, 2014

                              /s/ John A. Mendez

                              UNITED STATES DISTRICT COURT JUDGE